IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

Imation Corp.,

Plaintiff,

vs.

Quantum Corporation,

Defendants.

Civil No. 01-CV-1798 RHK/JMM

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

**STIPULATION**

The parties, through their attorneys, hereby stipulate and agree that Defendant Quantum Corporation may have through and including November 29, 2001, in which to answer or otherwise respond to the complaint in this action.

Dated: October 24, 2001

Daniel R. Shulman (#100651)
GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, MN 44402
Telephone: (612) 343-3984
Facsimile: (612) 333-0066

John G. Shulman (#213135)
SHULMAN LAW FIRM, P.A.
121 West Franklin Avenue
Minneapolis, MN 55404
Telephone: (612) 871-2909
Facsimile: (612) 871-2939

ATTORNEYS FOR PLAINTIFF

FILED OCT 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 24, 2001

Thomas Fraser (#31641)
Laurie J. Miller (#135264)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Telephone: (612) 347-7000
Facsimile: (612) 347-7077

G. Hopkins Guy III
Robert Freitas
David Alexander
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

James Capra
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

ATTORNEYS FOR DEFENDANT

**ORDER**

IT IS HEREBY ORDERED, based upon the parties' above stipulation, that Defendant Quantum Corporation may have until November 29, 2001, to answer or otherwise respond to the complaint in this action.

Dated: October 24, 2001

Honorable John M. Mason
United States Magistrate Judge

:2574056\1