138653

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-1798 RHK/JMM **Case Title:** Imation Corp. v. Quantum Corporation

**Affidavit of Movant**

I, Laurie J. Miller, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice James Captra, Jr., an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Quantum Corporation in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 135264 MN Attorney License # | 11/7/01 Date

**Affidavit of Proposed Admittee**

I, James J. Capra, Jr., am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

James Capra, Jr. Type/Print Name | [signature] Signature | 11/06/01 Date

Attorney License Number: JC-8375

Law Firm Name & Address: Orrick, Herrington & SutcliffeLLP
666 Fifth Avenue
New York, New York 10103

Telephone: ( ) (212) 506-5000

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

NOV 09 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED NOV 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____