138663

RECEIVED
BY MAIL

NOV 13 2001

CLERK US DIST COURT
ST. PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1798 RHK/JMM Case Title: IMATION V. QUANTUM

### Affidavit of Movant

I, Laurie J. Miller ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Robert E. Freitas , an attorney admitted to practice in the Northern District of California ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Quantum Corporation in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | 135264 MN Attorney License # | 11-9-01 Date |
|---|---|---|

### Affidavit of Proposed Admittee

I, Robert E. Freitas , am currently a member in good standing of the U.S. District Court for Northern District of California , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Robert E. Freitas Type/Print Name | Signature | November 1, 2001 Date |
|---|---|---|

Attorney License Number: California State Bar No. 80948

Law Firm Name & Address: Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025

Telephone: 650-614-7400

Motion Granted: Richard D. Sletten, /lj
For the Court: Richard D. Sletten, Clerk

NOV 13 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

NOV 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK