138660

RECEIVED
BY MAIL

NOV 13 2001

CLERK US DIST COURT
ST. PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1798 RHK/JMM Case Title: IMATION V. QUANTUM

### Affidavit of Movant

I, Laurie J. Miller ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac David T. Alexander , an attorney admitted to practice in the Northern District of California ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Quantum Corporation in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 135264 MN Attorney License # — 11-9-01 Date

### Affidavit of Proposed Admittee

I, David T. Alexander , am currently a member in good standing of the U.S. District Court for Northern District of California , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

David T. Alexander Type/Print Name — David T. Alexander [signature] Signature — November 1, 2001 Date

Attorney License Number: California State Bar No. 49996
Law Firm Name & Address: Orrick, Herrington & Sutcliffe LLP
400 Sansome Street
San Francisco, California 94111
Telephone: 415-392-1122

Motion Granted: [signature] — NOV 13 2001 Date
For the Court: Richard D. Sletten, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________