UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IMATION CORP., CIVIL NO. 01-1798 (RHK/JMM)

Plaintiff,

v. ORDER

QUANTUM CORPORATION,

Defendant.

The above matter came on for hearing before the undersigned on November 14, 2001 upon Plaintiff's Motion for Entry of Document Preservation Order [Docket No. 2]. Daniel R. Shulman, Esq. and John G. Shulman, Esq. appeared on behalf of Plaintiff; Thomas S. Fraser, Esq. and G. Hopkins Guy, III, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Document Preservation Order [Docket No. 2] is denied without prejudice for the reasons placed on the record.

Dated: November 14, 2001

JOHN M. MASON
United States Magistrate Judge

FILED NOV 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK