IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

| | | |
|---|---|---|
| **Imation Corp.,** | ) | CIVIL NO. 01-1798 RHK/JMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER REGARDING THE** |
| vs. | ) | **USE OF DISCOVERY IN *QUANTUM*** |
| | ) | ***CORPORATION* v. *IMATION CORPORATION*,** |
| **Quantum Corporation,** | ) | **CASE NO. CV 801944 IN THE SUPERIOR** |
| | ) | **COURT OF THE STATE OF CALIFORNIA IN** |
| Defendant. | ) | **AND FOR THE COUNTY OF SANTA CLARA** |

**STIPULATION**

WHEREAS the parties above-named are also parties in an action entitled *Quantum Corporation v. Imation Corporation*, Case No. CV 801944 in the Superior Court of the State of California in and for the County of Santa Clara (the "State Court Action");

WHEREAS the parties above-named have engaged and expect to continue to engage in discovery in the State Court Action, including, but not limited to, production of documents, taking of depositions, and responses to interrogatories and requests for admission;

WHEREAS the parties above-named desire to minimize their time, expense and inconvenience in the preparation and trial of this action, and wish to avoid unnecessary duplication of discovery undertaken in the State Court Action,

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

(1) All discovery undertaken in the State Court Action, including documents produced, depositions, and responses to interrogatories and requests for admission, may be used in this action as if such discovery had been conducted in this action.

(2) By agreeing to this stipulation, the parties understand and acknowledge that neither party concedes the relevance or admissibility in this action of any discovery undertaken in the State Court Action, and each party preserves all such relevance and admissibility objections to the use of any such discovery at trial or other proceedings in this action.

FILED NOV 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(3) The use of discovery in the state action shall not diminish or otherwise affect the parties' rights or limitation on rights under the Federal Rules of Civil Procedure or the local rules of this District Court concerning the number and length of any form of discovery conducted in this action.

Dated: November 12, 2001

Daniel R. Shulman, #100651
GRAY, PLANT, MOOTY, MOOTY &
BENNETT, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-343-3984
Facsimile: 612-333-0066

John G. Shulman, #213135
SHULMAN LAW FIRM, P.A.
121 West Franklin Avenue
Minneapolis, MN 55404
Telephone: 612-871-2909
Facsimile: 612-871-2939

Attorneys for Plaintiff

Dated: November 12, 2001

Thomas S. Fraser, #31641
Laurie J. Miller, #135264
FREDRIKSON & BYRON, P.A.1100
International Center
900 Second Avenue South
Minneapolis, MN 55402-3397
Telephone: 612-347-7000
Facsimile: 612-347-7077

G. Hopkins Guy III
Robert Freitas
David Alexander
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

James Capra
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: 212-506-5000
Facsimile: 212-506-5151

Attorneys for Defendant

**ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED.

Date: November 13, 2001

United States Magistrate Judge

:2581962\1