138716

**UNITED STATES DISTRICT COURT**
**District of Minnesota**

# PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1798-RHK/JMM **Case Title:** Imation Corp. v. Quantum Corp.

**Affidavit of Movant**

I, Laurie J. Miller, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, requests that this court admit pro hac vice James G. Kress, an attorney admitted to practice in the — District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Quantum Corp. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] 135264 11-14-01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, James G. Kress, am currently a member in good standing of the U.S. District Court for the ______ District of Columbia, but not admitted to the bar of this court. I understanding that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

JAMES G. KRESS [signature] 11/13/01
Type/Print Name Signature Date

Attorney License Number: 435141
Law Firm: Howrey Simon Arnold & White LLP
Suite/Bldg:
Street Address: 1299 Pennsylvania Ave., N.W.
City State Zip: Washington D.C. 20004
Telephone: 202 383-6842

Motion Granted: [signature] NOV 26 2001
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED NOV 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______