UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IMATION CORPORATION, a Delaware corporation,

Plaintiff,

v.

QUANTUM CORPORATION, a Delaware corporation,

Defendant.

Civil Action No. 01-1798 RHK/JMM

**STIPULATION AND ~~[PROPOSED]~~ ORDER**

Imation Corporation ("Imation"), the plaintiff above-named, and Quantum Corporation ("Quantum"), the defendant above-named, by and through their undersigned attorneys, hereby stipulate and agree as follows, subject to entry of the order set forth hereinbelow by the Honorable John M. Mason, United States Magistrate Judge:

1. The pretrial scheduling order in this case entered November 14, 2001, may be amended to provide that January 7, 2002 is the date by which all motions that seek to amend the pleadings must be served and filed.

2. Quantum does not oppose Imation's motion for leave to serve and file the first amended complaint adding as defendants Hitachi Maxell, Ltd. and Maxell Corporation of America, and the Court may grant Imation's motion.

3. Imation shall promptly initiate service of process, or request a waiver of service of process, with respect to the new defendants, as provided by Rule 4 of the Federal Rules of Civil Procedure.

4. Defendant Hitachi Maxell, Ltd. shall respond to the first amended complaint on or before ninety (90) days after the date on which Imation sends to Hitachi Maxell, Ltd., a request for waiver of service, and Maxell Corporation of America shall respond to the first amended

FILED JAN 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

complaint on or before sixty (60) days after the date on which Imation sends to Maxell Corporation of America a request for a waiver of service, all is provided under Fed. R. Civ. P. 4(d)(3).

5. Because the allegations against Quantum in the first amended complaint are unchanged, Quantum's answer to the initial complaint may stand as an answer to the first amended complaint.

Dated: January 4, 2002

Thomas Fraser (#31641)
Todd Wind (#196514)
Gregory E. Karpenko (#286473)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 347-7000
Facsimile: (612) 347-7077

John DeQ. Briggs, III
James G. Kress
HOWREY, SIMON, ARNOLD & WHITE, LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

G. Hopkins Guy, III
Robert Freitas
David T. Alexander
ORRICK, HERRINGTON & SUTCLIFFE, L.L.P.
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7452
Facsimile: (650) 614-7401

ATTORNEYS FOR DEFENDANT

::ODMA\PCDOCS\FBDOCS1\2601367\1

Dated: January 4, 2002

GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.

By: ______________________
Daniel R. Shulman, #100651
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-343-3984
Facsimile: 612-333-0066

John G. Shulman, #213135
SHULMAN LAW FIRM, P.A.
121 West Franklin Avenue
Minneapolis, MN 55404
Telephone: 612-871-2909
Facsimile: 612-871-2939

ATTORNEYS FOR PLAINTIFF

**[PROPOSED] ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: January 7, 2002.

______________________
John M. Mason
United States Magistrate Judge