UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IMATION CORP., a Delaware corporation,

Plaintiff,

v.

QUANTUM CORPORATION, a Delaware corporation,

Defendant.

Civil Action No. 01-1798 RHK/JMM

**STIPULATION AND ORDER REGARDING SERVICE OF COUNTERCLAIMS**

Imation Corp. ("Imation"), the plaintiff above-named, and Quantum Corporation ("Quantum"), the defendant above-named, by and through their undersigned attorneys, hereby stipulate and agree as follows, subject to entry of the Order set forth herein below by the Honorable John M. Mason, United States Magistrate Judge:

1. By Order dated January 7, 2002, the Pretrial Scheduling Order in this case was amended to provide that January 7, 2002 was the date by which all motions that seek to amend the pleadings must be served and filed.

2. Quantum timely served and filed a Notice of Motion and Motion seeking permission to amend its pleading to assert counterclaims against Imation.

3. Imation does not oppose Quantum's motion for leave to serve and file counterclaims in this matter.

4. Quantum shall promptly serve and file the counterclaims. Imation shall respond to the counterclaims within 20 days of service.

FILED JAN 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: January 1, 2002

QUANTUM CORPORATION

By: ______________________

THOMAS FRASER
TODD WIND
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7000

JOHN DeQ. BRIGGS
JAMES G. KRESS
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800

G. HOPKINS GUY
ROBERT E. FREITAS
DAVID T. ALEXANDER
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400

IMATION CORPORATION

Dated: January 9, 2002

By: ______________________

DANIEL R. SHULMAN
GRAY, PLANT, MOOTY, MOOTY, & BENNETT, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 343-3984

JOHN G. SHULMAN
SHULMAN LAW FIRM, P.A.
1612-1/2 Lake Street West
Minneapolis, Minnesota 55408
(612) 871-2909

Michael J. Bettinger
PRESTON GATES & ELLIS, LLP
One Maritime Plaza, Suite 2400
San Francisco, CA 94111

**ORDER**

Pursuant t the above Stipulation, IT IS SO ORDERED.

Dated: Jany 15, 2002

John M. Mason
United States Magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2603140\1