139016

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100

PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1798 RHK/JMM

Case Title: Imation Corp. v. Quantum Corporation, Hitachi Maxell Ltd. and Maxell Corporation of America

**Affidavit of Movant**

I, Thomas H. Boyd, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Carl W. Schwarz, an attorney admitted to practice in the ________________ District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendant Hitachi Maxell Ltd. and Maxell Corporation of America in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] — Signature

200517 — MN Attorney License #

1/22/02 — Date

**Affidavit of Proposed Admittee**

I, Carl W. Schwarz, am currently a member in good standing of the U.S. District Court for the ________________ District of Columbia, but not admitted to the bar of this court. I understanding that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Carl W. Schwarz — Type/Print Name

[signature] — Signature

January 21, 2002 — Date

Attorney License Number: 027813

Law Firm Name & Address: McDermott, Will & Emery
600 13th Street NW
Washington, D.C. 20005-3096

Telephone: 202-756-8065

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

JAN 23 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

idmsstp:646904_1

FILED JAN 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________