UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IMATION CORP., CIVIL NO. 01-1798 (RHK/JMM)

Plaintiff,

v. ORDER

QUANTUM CORPORATION,
HITACHI MAXELL LTD. and
MAXELL CORPORATION OF
AMERICA,

Defendants.

The above matter came on for hearing before the undersigned on February 12, 2002 upon Plaintiff's Motion to Amend the Complaint [Docket No. 50] and Defendants Hitachi Maxell Ltd. and Maxell Corporation's Motion to Amend the Pretrial Scheduling Order [Docket No. 59]. Daniel R. Shulman, Esq. and John G. Shulman, Esq. appeared on behalf of the Plaintiff; Todd A. Wind, Esq. and James J. Capra, Jr., Esq. appeared on behalf of Defendant Quantum Corporation; Thomas H. Boyd, Esq. and Carl W. Schwarz, Esq. appeared on behalf of Defendants Hitachi Maxell Ltd. and Maxell Corporation of America.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order, for the reasons placed on the record

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Amend the Complaint [Docket No. 50] is granted. Plaintiff shall promptly file the Second Amended Complaint. Defendant Quantum

FILED FEB 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Corporation shall serve and file a response to the Second Amended Complaint no later than February 22, 2002. The response of the other Defendants shall remain as currently established.

2. The Motion of Defendants Hitachi Maxell Ltd. and Maxell Corporation to Amend the Pretrial Scheduling Order [Docket No. 59] is denied without prejudice.

Dated: February 12, 2002

JOHN M. MASON
United States Magistrate Judge