ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | |
|---|---|
| IMATION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUM CORPORATION, HITACHI MAXELL, LTD., and MAXELL CORPORATION OF AMERICA<br><br>Defendants. | CIVIL ACTION NO. 01-1798 RHK/JMM<br><br>**AMENDED STIPULATION AND ORDER REGARDING THE USE OF DISCOVERY IN *QUANTUM CORPORATION v. IMATION CORPORATION*, CASE NO. 801944 IN THE SUPERIOR COURT OF THE STATE OF STATE OF CALIFORNIA IN AND FOR THE COUNTY OF SANTA CLARA** |
| MAXELL CORPORATION OF AMERICA,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>IMATION CORPORATION, WILLIAM MONAHAN, JOHN SULLIVAN, ERIC LEVINSON and FRANK RUSSOMANNO,<br><br>Counterclaim Defendants. | |

**AMENDED STIPULATION AND ORDER**

WHEREAS on November 13, 2001 the Court entered a Stipulation and Order regarding the use of discovery taken in *Quantum Corporation v. Imation Corporation,* Case No. CV 801944 in the Superior Court of the State of California in and for the County of Santa Clara (the "State Court Action");

WDC99 582275-1.019754.0014

MAY 0 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS Imation Corporation and Quantum Corporation were the only parties in the State Court Action and the above-captioned matter at the time the Court entered the Stipulation and Order;

WHEREAS Maxell Corporation of America ("MCA") and Hitachi Maxell, Ltd., ("HML") were not named as defendants in the above-captioned matter until January 8, 2002;

WHEREAS fourteen (14) depositions were taken in the State Court Action, and MCA and HML were not and are not defendants in that case,

THE NOVEMBER 13, 2001, ORDER IS HEREBY STIPULATED AND AMENDED AS FOLLOWS:

(1) Discovery in the form of documents produced, and responses to interrogatories and requests for admission undertaken in the State Court Action may be used in this action as if such discovery had been conducted in this action.

(2) By agreeing to this stipulation, the parties understand and acknowledge that the parties do not concede the relevance or admissibility in this action of any discovery undertaken in the State Court Action, and each party preserves all such relevance and admissibility objections to the use of any such discovery at trial or other proceedings in this action.

(3) Notwithstanding this stipulation, no deposition testimony taken in the State Court Action may be used against MCA or HML.

(4) Provided MCA and HML are given adequate notice of subsequent depositions of other witnesses in the State Court Action or of subsequent depositions of the fourteen (14) previously deposed witnesses, whether such subsequent depositions occur in the State Court action or this action, and have the opportunity to be present and represented during the taking of those depositions, paragraph 3 shall not apply.

(5) The use of discovery in the State Action shall not diminish or otherwise affect the parties' rights or limitations under the Federal Rules of Civil Procedures or the local rules of this District Court concerning the number and length of any form of discovery conducted in this action.

Dated: April 26, 2002

Robert R. Weinstine, (#115435)
Thomas H. Boyd, (#200517)
Jennifer B. Klecker, (#030220X)
Winthrop & Weinstine, P.A.
3200 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, Minnesota 55101-4919
Telephone: 651-290-8400
Facsimile: 651-292-9347

Carl W. Schwarz
William H. Barrett
Craig P. Seebald
McDermott, Will & Emery
600 13th Street, NW
Washington, D.C. 20005-3096
Telephone: 202-756-8000
Facsimile: 202-756-8128

Dated: April ___, 2002

Thomas S. Fraser, (# 31641)
Laurie J. Miller, (# 135264)
Fredrikson & Byron, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397

John DeQ. Briggs
James G. Kress
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800

G. Hopkins Guy, Esq.
Robert Frietas
David Alexander

Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: April 26, 2002

Daniel R. Shulman, Esq. (# 100651)
Gray, Plant, Mooty, Mooty
& Bennett, P.A.
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402

John G. Shulman, Esq. (# 213135)
Shulman Law Firm, P.A.
1612-½ Lake Street
Minneapolis, MN 55408

IT IS SO ORDERED.

Date: ~~April~~ May 2, 2002

John M. Mason
United States Magistrate Judge

idmsmpl:495334-1 (10566-1)