UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IMATION CORP.,

Plaintiff,

v.

QUANTUM CORPORATION, HITACHI MAXELL LTD. and MAXELL CORPORATION OF AMERICA,

Defendants.

CIVIL NO. 01-1798 (RHK/JMM)

ORDER

The above matter came on for a telephonic hearing before the undersigned on May 7, 2002 upon Plaintiff's Expedited Motion for Protective Order. Daniel R. Shulman, Esq. appeared on behalf of Plaintiff; James G. Kress, Esq. appeared on behalf of Defendant Quantum Corporation; and Robert R. Weinstine, Esq. appeared on behalf of Defendants Hitachi Maxell Ltd. and Maxell Corporation of America. The Parties agreed upon an expedited hearing to be held telephonically.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Expedited Motion for Protective Order is granted. The deposition of Plaintiff Imation Corp. scheduled for May 13, 2002, shall not take place until a date later than May 27, 2002.

Dated: May 8, 2002

JOHN M. MASON
United States Magistrate Judge

FILED MAY 0 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK